FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 MAR 13  PM 2: 22

CLERK _F. LaVictoire_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

EDWIN SCOTT,

   Petitioner,

v.             CIVIL ACTION NO.: CV205-250

WAYNE V. BENNETT, Sheriff,

   Respondent.

## ORDER

Respondent has moved to dismiss Petitioner's action for habeas corpus relief. Petitioner is hereby **ORDERED** to file any objections to the Respondent's motion for a dismissal, or to otherwise inform the court of his decision not to object to Respondent's motion within twenty (20) days of the date of this Order. Should Petitioner not timely respond to Respondent's motion, the Court will determine that there is no opposition to the motion and grant the motion as unopposed.

  **SO ORDERED**, this ___13th___ day of March, 2006.

                _____
                JAMES E. GRAHAM
                UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)